# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GARDENIA ZUNIGA<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>IAN DOUGLAS MACAGY, M.D.; AND DOES 1-10, INCLUSIVE<br><br>　　　　Defendant(s). | Case No.: 1:22−CV−01519−NODJ-EPG<br><br>**STIPULATION AND ORDER RE JOINT REQUEST FOR CONTINUANCE OF SCHEDULING DEADLINES**<br><br>**(ECF NO. 14).** |

TO THE HONORABLE COURT:

By and through their counsel of record in this action, plaintiff GARDENIA ZUNIGA ("Plaintiff") and defendant IAN DOUGLAS MACAGY ("Defendant") – the parties – hereby stipulate for the purpose of jointly requesting that the Honorable Court enter an order continuing the operative scheduling order deadlines [Doc. 8.]

**STATEMENT OF GOOD CAUSE**

1. On March 8, 2023, the Court issued a Scheduling Order in this action. [Doc. 8.]

2. Since that time, the parties have exchanged preliminary written discovery, and served notices of taking the depositions of the defendant and plaintiff.

3. Medical issues of the deponents necessitated the continuance of noticed depositions multiple times. As a result of these issues, the parties have been required to postpone depositions.

4. As such, the parties jointly stipulate and respectfully request that this Court issue an Order modifying the Scheduling Order.

6. This is the first request by the parties for a continuance of the Court's scheduling order deadlines in this matter.

**STIPULATION RE CONTINUANCE OF SCHEDULING ORDER DEADLINES**

7. In light of the foregoing Good Cause, the parties hereby stipulate and respectfully request a continuance of the Court's scheduling order as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery Cutoff | January 26, 2024 | March 26, 2024 |
| Expert Disclosures | February 26, 2024 | April 26, 2024 |
| Rebuttal. Expert Disclosures | March 25, 2024 | May 24, 2024 |
| Expert Discovery Cutoff | April 29, 2024 | June 28, 2024 |
| Dispositive Motion Filing | May 23, 2024 | July 23, 2024 |

8. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

//

//

//

//

//

//

//

| | | |
|---|---|---|
| 1 | Dated: January 29, 2024 | LAW OFFICE OF KEVIN G. LITTLE |
| 2 | | |
| 3 | | */s/ Kevin G. Little* |
| | | Kevin G. Little |
| 4 | | Attorneys for Plaintiff Gardenia Zuniga |
| 5 | | |
| 6 | Dated: January 29, 2024 | PHILLIP A. TALBERT |
| | | UNITED STATES ATTORNEY |
| 7 | | |
| 8 | | |
| | | */s/ Benjamin E. hall* |
| 9 | | Benjamin E. Hall |
| | | Assistant United States Attorney |
| 10 | | Attorney for Defendants |

**ORDER**

Pursuant to the parties' stipulation (ECF No. 14), IT IS ORDERED that the scheduling order (ECF No. 8) is modified as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery Cutoff | January 26, 2024 | March 26, 2024 |
| Expert Disclosures | February 26, 2024 | April 26, 2024 |
| Rebuttal. Expert Disclosures | March 25, 2024 | May 24, 2024 |
| Expert Discovery Cutoff | April 29, 2024 | June 28, 2024 |
| Dispositive Motion Filing | May 23, 2024 | July 23, 2024 |
| Status Conference | February 26, 2024, at 11 a.m. | April 29, 2024, at 11 a.m.[1] |
| Pretrial Conference | October 28, 2024, at 1:30 p.m. | January 13, 2025, at 1:30 p.m. before NODJ in a TBD courtroom |
| Jury/Bench Trial | January 14, 2025, at 8:30 a.m. | March 16, 2025, at 8:30 a.m. before NODJ in a TBD courtroom |

IT IS SO ORDERED.

Dated: **January 29, 2024**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court grants telephonic participation with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference.