MICHELE BECKWITH
Acting United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDENIA ZUNIGA,<br><br>  Plaintiff,<br><br>  v.<br><br>IAN DOUGLAS MACAGY, M.D.,<br><br>  Defendants. | Case No.:   1:22-cv-01519-DJC-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS** |

The parties to this settled action hereby stipulate and request that the Court continue the deadline for the filing of dispositional documents under Local Rule 160 from March 17, 2025 (see Notice of Settlement, Doc. 36), to March 31, 2025, on the following grounds:

1. The parties have executed a final Settlement Agreement fully resolving all claims in this action.

2. Payment of the settlement amount will be made by electronic transfer from the Health Resources and Services Administration (HRSA), an agency of the U.S. Department of Health and Human Services.

3. All documents necessary to process the payment have been submitted to HRSA, but the agency has not yet completed the payment. Payment is expected within the next ten (10) days.

The parties accordingly request that the deadline for filing dispositional documents be continued to March 31, 2025, in order to allow sufficient time to complete the settlement.

Respectfully submitted,

Dated: March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated: March 17, 2025

LAW OFFICE OF KEVIN G. LITTLE

[Signature authorized on March 13, 2025]

/s/ Michelle L. Tostenrude
KEVIN G. LITTLE
MICHELLE L. TOSTENRUDE
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: March 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE